937 A.2d 314

IN THE MATTER OF MOSES V. RAMBARRAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 050431992).

November 27, 2007.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **MOSES V. RAMBARRAN** of **MAMARO-
NECK, NEW YORK,** who was admitted to the bar of this State in
1992, and who was suspended from the practice of law for a period
of three years effective October 1, 2004, by Order of this Court
filed October 1, 2004, be restored to the practice of law, effective
immediately.